DAVEY L. TURNER, SBN 196886
Email: dturner@drivonlaw.com
DRIVON TURNER & WATERS
215 North San Joaquin Street
Stockton, CA 95202
Telephone: 209/644-1234
Fax: 209/463-7668
*Attorneys for Plaintiff, DANIEL HERNANDEZ*

CAROLYN FRANK, SBN 245479
Email: cfrank@colehuber.com
COLE HUBER LLP
2261 Lava Ridge Court
Roseville, CA 95661
Telephone: 916/780-9009
Fax: 916/780-9050
*Attorneys for Defendants, CITY OF STOCKTON; STOCKTON POLICE DEPARTMENT, LUIS NAVARRO, MATTHEW WRIGHT and SERGEANT RICHARD BUCKLEY*

BRUCE A. KILDAY, SBN 66415
Email: bkilday@akk-law.com
KEVIN J. DEHOFF, SBN 252106
Email: kdehoff@akk-law.com
ANGELO, KILDAY & KILDUFF, LLP
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: 916/564-6100
Fax: 916/564-6263
*Attorneys for Defendant, MATTHEW HUFF*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL HERNANDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF STOCKTON; CITY OF STOCKTON POLICE DEPARTMENT; LUIS NAVARRO, in his individual capacity as a Stockton Police Officer; MATTHEW WRIGHT, in his individual capacity as a Stockton Police Officer; MATTHEW HUFF, in his individual capacity as a Stockton Police Officer; SERGEANT RICHARD BUCKLEY, in his individual capacity as a Stockton Police Officer; and DOES 1 through 100, inclusive,<br><br>    Defendants.<br>_____/ | NO. 2:18-CV-01316-JAM-EFB<br><br>**STIPULATION AND ORDER TO STAY CIVIL ACTION PENDING PLAINTIFF COUNSEL'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD**<br>**(Rule 143) (Fed. R. Civ. P. 83)**<br><br>**TRIAL DATE: 6/1/20**<br>**JUDGE: Hon. John A. Mendez**<br>**COURTROOM: #6** |

1     The parties, by and through their respective counsel of record, hereby stipulate that this action be stayed pending an upcoming hearing on a motion to withdraw as counsel of record being brought by plaintiff's counsel. Plaintiff counsel's hearing is scheduled for 9/24/19, Courtroom #6, 1:30 p.m., Honorable John A. Mendez. Plaintiff counsel requests the court order the case stayed on the basis of the following circumstances:

1. Upon a period of time of not being able to contact plaintiff, DANIEL HERNANDEZ, plaintiff's counsel herein (Davey L. Turner and Robert T. Waters) made a personal visit to his residence. At that time (for several reasons) it became apparent that it would be necessary for plaintiff's counsel to bring a motion to withdraw as counsel.

2. Plaintiff's counsel in good faith has good reason to believe that their motion to withdraw as attorney of record will be granted and a good faith belief that Plaintiff's counsel lacks authority to act on plaintiff's behalf. Absent this stay, it would be difficult, if not impossible, for plaintiff's counsel to timely disclose expert witnesses for plaintiff and therefore plaintiff could be potentially be prejudiced. As all parties have stipulated herein, the issuance of the stay will not substantially injure any other party in this proceeding. Lastly, and for all of these factors, public interest will be served in granting the stay.

3. The next approaching date in this matter is the expert witness disclosures under Fed R. Civ. P. 26(a)(2) due by 9/6/19. Jury trial is set for 6/1/20.

3. Plaintiff's counsel will be filing a motion to withdraw shortly, however, pending the hearing of that motion, plaintiff herein requests a stay of the action.

DATED: August 8 , 2019

/s/
DAVEY L. TURNER
Attorney for Plaintiff DANIEL HERNANDEZ

DATED: August 8, 2019

/s/
CAROLYN FRANK
Attorney for Defendants CITY OF STOCKTON; STOCKTON POLICE DEPARTMENT,
LUIS NAVARRO, MATTHEW WRIGHT and SERGEANT RICHARD BUCKLEY

///

DATED: August 8, 2019

/s/
BRUCE A. KILDAY
Attorney for Plaintiff MATTHEW HUFF

**ORDER**

Based upon the stipulation of the parties, and good cause appearing therefor, all proceedings in this matter are hereby stayed (including the soon approaching disclosure of expert witnesses due on 9/6/19) pending the hearing and resolution of plaintiff counsel's motion to withdraw from this matter presently set for 9/24/19, 1:30 p.m., Courtroom #6.

Additionally, the length and the factors of the stay on the proceedings will be fully discussed at the time of the hearing of plaintiff's motion to withdraw on 9/24/19.

Dated: August 8, 2019

/s/ John A. Mendez
U.S. District Court Judge
HON. JOHN A. MENDEZ

STIPULATION AND ORDER TO STAY CIVIL ACTION
PENDING PLAINTIFF COUNSEL'S MOTION TO
WITHDRAW AS ATTORNEY OF RECORD

-3-