# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HERNANDEZ, | No.  2:18-cv-1316-JAM-EFB PS |
| Plaintiff, | |
| v. | ORDER |
| CITY OF STOCKTON, et al., | |
| Defendants. | |

On December 12, 2019, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1.  The proposed Findings and Recommendations filed December 12, 2019, are ADOPTED; and

2.  This action is dismissed for failure to prosecute and to comply with court orders.  See Fed. R. Civ. P. 41(b); Cal. E.D. L.R. 110.

DATED:  January 15, 2020

/s/ John A. Mendez_____ _____ _____

UNITED STATES DISTRICT COURT JUDGE